```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

BRYAN R. QUICK,                }
                               }
     Plaintiff,                }
                               }     CIVIL ACTION NO.
v.                             }     09-AR-1047-S
                               }
AMERICAN MEDICAL SYSTEMS,      }
INC., et al.,                  }
                               }
     Defendants.               }
```

**MEMORANDUM OPINION**

  On June 19, 2009, the court heard oral argument on plaintiff's motion to remand the above-entitled action that was removed from the state court by the then only served defendant, American Medical Systems, Inc., which invoked 28 U.S.C. § 1332, alleging that the non-diverse, but unserved, defendants can be ignored for the purposes of establishing the complete diversity necessary for a § 1332 removal.  This is a novel concept, never before heard of by this court.  It is an idea not worthy of serious consideration.  If this court thought for a minute that the idea had merit, the court would attempt to provide a procedural device by which the Eleventh Circuit could address it for the first time.  The concept is so devoid of merit that there is no reason for a federal court that clearly lacks jurisdiction to stand in the way of the proper court's moving the case toward a resolution.

  There is no purpose to be served in discussing plaintiff's moot allegation that the $75,000 jurisdictional amount for a § 1332

removal is not proven.

A separate order of remand will be entered.

DONE this 22nd day of June, 2009.

/s/ William M. Acker, Jr.
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE